IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOHN B. FRATI, | ) | No. C 10-2686 LHK (PR) |
| Plaintiff, | ) | JUDGMENT |
| v. | ) | |
| CITY AND COUNTY OF SAN FRANCISCO DEPARTMENT OF PUBLIC HEALTH, et al., | ) | |
| Defendants. | ) | |

The Court has dismissed the instant civil rights complaint without prejudice for Plaintiff's failure to provide the Court with his current address pursuant to Rule 3-11 of the Northern District Local Rules. A judgment of dismissal without prejudice is hereby entered. The Clerk of the Court shall close the file.

IT IS SO ORDERED.

Dated: 1/8/11

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Judgment
P:\PRO-SE\SJ.LHK\CR.10\Frati686jud.wpd